**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, the UNITED STATES DEPARTMENT OF NAVY, DONALD RUMSFELD, in his capacity as the SECRETARY OF DEFENSE, and GEORGE ENGLAND, in his capacity as SECRETARY of the UNITED STATES DEPARTMENT OF THE NAVY,<br><br>Defendants. | C.A. No. 03-599T<br>Hon. Ernest C. Torres<br>Chief Judge |

**NOTICE OF WITHDRAWAL OF MOTION**

Defendant, the United States, has filed a "Joint Motion to Modify Pretrial Order" with Plaintiff, the State of Rhode Island. The filing of the Joint Motion renders moot the United States' Motion to Modify Pretrial Order, filed on May 26, 2005. The United States hereby withdraws its May 26, 2005 Motion to Modify Pretrial Order.

Respectfully submitted,

LAUREL A. BEDIG
DAVID S. GUALTIERI
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, DC 20026-3986
Tel: (202) 305-0331
Fax: (202) 514-8865

ROBERT CLARK CORRENTE
United States Attorney
District of Rhode Island

MICHAEL P. IANNOTTI
Assistant United States Attorney
District of Rhode Island
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 709-5000

Dated: June 10, 2005

OF COUNSEL:

Mary Raivel
Navy Litigation Office
Office of the General Counsel
720 Kennon Street SE
Washington Navy Yard
Washington, DC 20374-5013

CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of June, 2005, I forwarded a copy of the Notice of Withdrawal of Motion, by postage prepaid mail, to:

Tricia K. Jedele
Special Assistant Attorney General
Rhode Island Department of Attorney General, Civil Division
150 South Main Street
Providence, RI 02903

Linda A. Magnanian