UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STATE OF RHODE ISLAND,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA, et al.,<br>Defendants. | ) | C.A. No. 03-599T |

**ENTRY OF APPEARANCE**

Please enter the appearance of Heather E. Gange as a lead attorney, and attorney to be noticed, in the above-captioned matter on behalf of Defendants the United States of America, United States Department of the Navy, Donald Rumsfeld in his official capacity as Secretary of Defense, and Gordon R. England in his official capacity as Secretary of the United States Department of the Navy.

Respectfully submitted,

Kelly A. Johnson
Acting Assistant Attorney General
Environment and Natural Resources Division

Heather E. Gange, Trial Attorney
Environmental Defense Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 23986
Washington, DC 20026-3986
(202) 305-0331
(202) 514-8865 (fax)

ROBERT CLARK CORRENTE
United States Attorney

MICHAEL IANNOTTI
Assistant United States Attorney
District of Rhode Island
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02902
(401) 528-5477

Dated: August 1, 2005

OF COUNSEL:

Mary Raivel
Navy Litigation Office
Office of the General Counsel
720 Kennon Street SE
Washington Navy Yard
DC 20374-5013

**CERTIFICATE OF SERVICE**

I, Heather GANGE, certify that on this 1st day of August 2005, a true and correct copy of the foregoing ENTRY OF APPEARANCE was served by United States mail, postage prepaid, on the following:

TRICIA K. JEDELE
Special Assistant Attorney General
Rhode Island Department of the Attorney General, Civil Division
150 South Main Street
Providence, RI 02903

[signature]
Heather E. Gange