UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF RHODE ISLAND,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA, et al.,<br>Defendants. | C.A. No. 03-599T |

**NOTICE OF APPEARANCE**

Please enter the appearance of Matthew R. Oakes as a lead attorney, and attorney to be noticed, in the above-captioned matter on behalf of Defendants the United States of America, United States Department of the Navy, Donald Rumsfeld in his official capacity as Secretary of Defense, and Gordon R. England in his official capacity as Secretary of the United States Department of the Navy.

Respectfully submitted,

Kelly A. Johnson
Acting Assistant Attorney General
Environment and Natural Resources Division

Matthew R. Oakes, Trial Attorney
Environmental Defense Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 23986
Washington, DC 20026-3986
(202) 514-2686
(202) 514-8865 (fax)

ROBERT CLARK CORRENTE
United States Attorney

MICHAEL IANNOTTI
Assistant United States Attorney
District of Rhode Island
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02902
(401) 528-5477

Dated: August 11, 2005

OF COUNSEL:

Mary Raivel
Navy Litigation Office
Office of the General Counsel
720 Kennon Street SE
Washington Navy Yard
DC 20374-5013

**CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2005, a true and correct copy of the foregoing NOTICE OF APPEARANCE was served by United States mail, postage prepaid, on the following:

TRICIA K. JEDELE
Special Assistant Attorney General
Rhode Island Department of the Attorney General, Civil Division
150 South Main Street
Providence, RI 02903

Matthew R. Oakes