**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS, Plaintiff, | |
| v. | C.A. No. 03-599T |
| UNITED STATES OF AMERICA, the UNITED STATES DEPARTMENT OF NAVY, DONALD RUMSFELD, in his capacity as the SECRETARY OF DEFENSE, and GEORGE ENGLAND, in his capacity as SECRETARY of the UNITED STATES DEPARTMENT OF THE NAVY, Defendants. | Hon. Ernest C. Torres Chief Judge |

**JOINT MOTION FOR**
**EXTENSION OF TIME TO FILE PRETRIAL MEMORANDA**

Plaintiff, State of Rhode Island ("State") and Defendant, United States of America ("United States") (collectively, "the Parties"), jointly seek an extension of time through and including September 23, 2005, in which to file their respective Pretrial Memoranda. In support of the relief requested in this motion, the Parties rely upon the accompanying memorandum in support of the motion, as well as all other materials and arguments to be properly submitted in support of the relief requested in this motion.

Counsel for the State have authorized the undersigned

counsel for United States to file this motion on their behalf.

Respectfully submitted,

Dated: August 15, 2005

**For the State of Rhode Island:**

TRICIA K. JEDELE
Special Assistant Attorney General
Rhode Island Department of Attorney General
150 South Main Street
Providence, RO 02903
Tel: (401) 274-4400
Fax: (401)222-3016

**For the United States:**

LAUREL A. BEDIG
HEATHER E. GANGE
MATTHEW R. OAKES
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, DC 20026-3986
Tel: (202) 305-0331
Fax: (202) 514-8865

ROBERT CLARK CORRENTE
United States Attorney
District of Rhode Island

MICHAEL P. IANNOTTI
Assistant United States Attorney
District of Rhode Island
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 709-5000

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of August 2005, I caused a copy of the foregoing JOINT MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MEMORANDA to be served via electronic mail (.pdf attachment) and by first class mail, postage prepaid, to the following:

Tricia K. Jedele (TJedele@riag.ri.gov)
Special Assistant Attorney General
Rhode Island Department of Attorney General
150 South Main Street
Providence, RI 02903

Gerald F. McAvoy
Executive Legal Counsel
Rhode Island Department of Environmental Management
235 Promenade Street
Providence, RI 02908

Dated: August 15, 2005 Nancy A DeQuinzio

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, the UNITED STATES DEPARTMENT OF NAVY, DONALD RUMSFELD, in his capacity as the SECRETARY OF DEFENSE, and GEORGE ENGLAND, in his capacity as SECRETARY of the UNITED STATES DEPARTMENT OF THE NAVY,<br><br>Defendants. | C.A. No. 03-599T<br>Hon. Ernest C. Torres<br>Chief Judge |

**JOINT MEMORANDUM IN SUPPORT OF MOTION FOR**
**EXTENSION OF TIME TO FILE PRETRIAL MEMORANDA**

Plaintiff, State of Rhode Island ("State") and Defendant United States of America ("United States") (collectively "the Parties") jointly seek an extension of time through and including September 23, 2005, in which to file their respective Pretrial Memoranda. In support of their motion, the Parties state as follows:

1. The instant case is an action by the State to recover under, inter alia, the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. § 9607(a), damages for alleged injuries to natural

resources. The State alleges that natural resources (namely, a clam fishery, certain wetland areas and groundwater) were harmed by releases of hazardous substances from the Department of the Navy's Allen Harbor Landfill, a tract of land that abuts the body of water known as Allen Harbor and which is part of the Navy's former Naval Construction Battalion Center Davisville, in North Kingstown, Rhode Island.

2. On June 22, 2004, the Court entered a Pretrial Order setting April 1, 2005, as the Closure Date for discovery in this case.

3. On February 22, 2005, the Court, in response to the State's motion to extend the discovery deadline, reset the Closure Date to June 24, 2005.

4. On June 10, 2005, the Parties jointly filed a motion to modify the Court's Pretrial Order to set November 29, 2005, as the Closure Date.

5. The Court, in an order entered August 9, 2005, denied the Parties' joint motion.

6. Based on the Court's Pretrial Order, the Parties must file a Pretrial Memorandum within 60 days after the Closure Date. Thus, the filing deadline for the required Pretrial Memoranda is August 23, 2005.

7. In the two months that elapsed between filing the

June 10, 2005, motion, and the Court's August 9, 2005, order denying that motion both the State and the United States have invested considerable resources in a mutual attempt to advance this case. In that time period, much has been accomplished. Since June the State has propounded and the United States has responded to interrogatories and a request for production of documents. Additionally, the State has submitted preliminary and supplemental expert disclosures designating seven experts and the United States has submitted preliminary expert disclosures designating four experts. Together, the Parties have noticed the deposition of nine named witnesses. The Parties have also noticed depositions under Rule 30(b)(6) of the Federal Rules of Civil Procedure, and have actively engaged in the process of conducting and defending depositions over the past two months. The Parties continue to exchange discovery and seek information through depositions. For example, within the last week the State produced six boxes of information to the United States, and the United States has recently produced information as well.

8. The Parties plan to expeditiously notice additional fact depositions. In addition, the Parties intend to exchange expert reports shortly and conduct expert depositions.

9. Review of deposition testimony and recently

disclosed documents may narrow the number of issues that go to trial.

10. To allow the Parties time to sufficiently review documents recently produced, and incorporate any new information into our Pretrial Memoranda, the State and the United States mutually request that the Court reset the deadline for Pretrial Memoranda to September 23, 2005.

11. Good cause exists for the Court to grant the relief requested in this motion. The requested extension is of a reasonable duration, represents the minimum amount of time in which the Parties believe they can prepare thorough and complete Pretrial Memoranda, and is sought by both Parties.

12. Counsel for the State have authorized the undersigned counsel for United States to file this memorandum on their behalf.

For the foregoing reasons, the Court should grant the Parties' joint motion and reset the deadline for Pretrial Memoranda to September 23, 2005.

Respectfully submitted,

Dated: August 15, 2005

**For the State of Rhode Island:**

TRICIA K. JEDELE
Special Assistant Attorney General
Rhode Island Department of Attorney General
150 South Main Street
Providence, RO 02903
Tel: (401) 274-4400
Fax: (401)222-3016

**For the United States:**

LAUREL A. BEDIG
HEATHER E. GANGE
MATTHEW R. OAKES
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, DC 20026-3986
Tel: (202) 305-0331
Fax: (202) 514-8865

ROBERT CLARK CORRENTE
United States Attorney
District of Rhode Island

MICHAEL P. IANNOTTI
Assistant United States Attorney
District of Rhode Island
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 709-5000

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of August 2005, I caused a copy of the foregoing JOINT MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MEMORANDA to be served via electronic mail (.pdf attachment) and by first class mail, postage prepaid, to the following:

Tricia K. Jedele (TJedele@riag.ri.gov)
Special Assistant Attorney General
Rhode Island Department of Attorney General
150 South Main Street
Providence, RI 02903

Gerald F. McAvoy
Executive Legal Counsel
Rhode Island Department of Environmental Management
235 Promenade Street
Providence, RI 02908

Dated: August 15, 2005 Nancy A DiQuinzio