UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
AUG 15 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, the UNITED STATES DEPARTMENT OF NAVY, DONALD RUMSFELD, in his capacity as the SECRETARY OF DEFENSE, and GEORGE ENGLAND, in his capacity as SECRETARY of the UNITED STATES DEPARTMENT OF THE NAVY,<br><br>Defendants. | C.A. No. 03-599T<br>Hon. Ernest C. Torres<br>Chief Judge |

**JOINT MOTION FOR**
**EXTENSION OF TIME TO FILE PRETRIAL MEMORANDA**

Plaintiff, State of Rhode Island ("State") and Defendant, United States of America ("United States") (collectively, "the Parties"), jointly seek an extension of time through and including September 23, 2005, in which to file their respective Pretrial Memoranda. In support of the relief requested in this motion, the Parties rely upon the accompanying memorandum in support of the motion, as well as all other materials and arguments to be properly submitted in support of the relief requested in this motion.

Counsel for the State have authorized the undersigned

GRANTED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge 8/16/05

counsel for United States to file this motion on their behalf.

Respectfully submitted,

Dated: August 15, 2005

**For the State of Rhode Island:**

TRICIA K. JEDELE
Special Assistant Attorney General
Rhode Island Department of Attorney General
150 South Main Street
Providence, RO 02903
Tel: (401) 274-4400
Fax: (401)222-3016

**For the United States:**

LAUREL A. BEDIG
HEATHER E. GANGE
MATTHEW R. OAKES
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, DC 20026-3986
Tel: (202) 305-0331
Fax: (202) 514-8865

ROBERT CLARK CORRENTE
United States Attorney
District of Rhode Island

MICHAEL P. IANNOTTI
Assistant United States Attorney
District of Rhode Island
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 709-5000

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of August 2005, I caused a copy of the foregoing JOINT MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MEMORANDA to be served via electronic mail (.pdf attachment) and by first class mail, postage prepaid, to the following:

Tricia K. Jedele (TJedele@riag.ri.gov)
Special Assistant Attorney General
Rhode Island Department of Attorney General
150 South Main Street
Providence, RI 02903

Gerald F. McAvoy
Executive Legal Counsel
Rhode Island Department of Environmental Management
235 Promenade Street
Providence, RI 02908

Dated: August 15, 2005 Nancy A DeQuinzio