# *UNITED STATES DISTRICT COURT*
## *District of Rhode Island*

# ***NOTICE***

***STATE OF RHODE ISLAND, et al.***

***v.*** ***CA03-599T***

***UNITED STATES OF AMERICA, et al.***

***PLEASE TAKE NOTICE THAT THE PROCEEDING LISTED BELOW HAS BEEN SCHEDULED IN THE ABOVE ENTITLED CASE BEFORE U.S. DISTRICT COURT MAGISTRATE JUDGE LINCOLN D. ALMOND***

***TYPE OF PROCEEDING:*** ***TELEPHONE CONFERENCE***

***DATE:*** ***SEPTEMBER 26, 2005***

***TIME:*** ***4:00 P.M.***

*David A. DiMarzio, Clerk of Court*

Jeannine Theall

Jeannine Theall
Deputy Clerk
Date: September 23, 2005

**NOTICE SENT TO:** **BEDIG, IANNOTTI, JEDELE**

N.B. COUNSEL ARE DIRECTED TO NOTIFY THE CLERK'S OFFICE AT 752-7217 IF THE NAME OF COUNSEL FOR ANY PARTY IS OMITTED FROM THIS NOTICE.