IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
SEP 27 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

STATE OF RHODE ISLAND,

Plaintiff,

v.

UNITED STATES OF AMERICA, ET AL.,

Defendants.

C.A. No. 03-599T

**PLAINTIFF STATE OF RHODE ISLAND'S MOTION TO COMPEL ATTENDANCE AT 15 DEPOSITIONS PURSUANT TO THE PARTIES' AGREEMENT**

Pursuant to Rule 37 of the Federal Rules of Civil Procedure and this Court's Order, Plaintiff, State of Rhode Island, hereby moves to compel the attendance of Defendants' witnesses at the depositions noticed in the instant litigation, in accordance with the parties' express agreement permitting each side fifteen depositions including both fact and expert depositions. Plaintiff seeks an order compelling Defendants to make the witnesses noticed by Plaintiff available for deposition. In support hereof, Plaintiff relies upon the accompanying memorandum of law that is entitled State of Rhode Island's Memorandum In Support of It's Objection to United States' Emergency Motion For Protective Order Quashing Subpoenas and Notices of Deposition And Requesting Instruction Regarding Expert Witnesses.

10/3/05. DENIED. See Memorandum + Order dated 9/27/05. (Doc # 25).

USMJ

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☑ for determination
☐ ____
Ernest C. Torres, Chief Judge
Date: 10/3/05

27