IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
SEP 27 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

STATE OF RHODE ISLAND,

Plaintiff,

v. C.A. No. 03-599T

UNITED STATES OF AMERICA, ET AL.,

Defendants.

**PLAINTIFF STATE OF RHODE ISLAND'S MOTION FOR PROTECTIVE ORDER AND TO QUASH DEFENDANTS' RULE(30)(b)(6) NOTICE OF DEPOSITION**

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, Plaintiff, State of Rhode Island, hereby moves for a protective order and to quash Defendants' Rule 30(b)(6) Notice of Deposition. In support hereof, Plaintiff relies on the accompanying memorandum of law.

WHEREFORE, Plaintiff respectfully seeks an Order of protection quashing Defendants' Rule 30(b)(6) Notice of Deposition.

FOR THE STATE OF RHODE ISLAND

PATRICK C. LYNCH
ATTORNEY GENERAL

By: [signature]

TRICIA K. JEDELE (#5958)
ANNE TURILLI (#5502)
Special Assistant Attorneys General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400, ext. 2400
Fax: (401) 222-3016

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☑ for determination
☐ ______
Ernest C. Torres, Chief Judge
Date: 10/3/05

10/3/05: DENIED. See Memorandum + Order dated 9/27/05 (Doc # 25). [signature] USMJ

26